UNITED STATES DISTRICT COURT
For The Southern District Of New York

_____
                                                )
**COUNTER TERRORIST GROUP US,**                 )
**COUNTERR GROUP,** *and* **J. K. IDEMA,**      )
       *Plaintiffs,*     )
   v.                               )   **RULE 7.1 DISCLOSURE**
                                                )   **STATEMENT**
**AUSTRALIAN BROADCASTING CORP,**               )
**Aka ABC AUSTRALIA,** *et al,*                 )   Case # 08 CV 2356
       *Defendants.*     )
_____          )

**RULE 7.1 DISCLOSURE STATEMENT**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR**
<u>**COUNTER TERRORIST GROUP US and COUNTERR GROUP**</u>

**DISCLOSURE STATEMENT**

    **1.**    Pursuant to Rule 7.1 of the Fed. Rules of Civil Proc., and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, plaintiffs Counter Terrorist Group US and Counterr Group (private non-governmental parties) and the undersigned counsel for Counter Terrorist Group US and Counterr Group certifies that there are no parent corporations or publicly-held corporations owning 10% or more of the companies.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

    **2.**    The undersigned further certifies for plaintiffs, that as of this date, there is no such interest to report.

    Respectfully submitted, this 7th day of March 2008,

                                    _____
                                    Vijayant Pawar (VP-7642)
                                    *Counsel for:*
                                    *Counter Terrorist Group US and Counterr Group*
                                    Law Offices of Vijayant Pawar
                                    35 Airport Road, Suite 330
                                    Morristown, New Jersey 07960
                                    Phone: (973) 267-4800
                                    Fax:   (973) 215-2882
                                    www.pawarlaw.com
                                    Email: vpawar@pawarlaw.com