AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN        District of        NEW YORK

Counter Terrorist Group US,
Counterr Group, and J. K. Idema,

**SUMMONS IN A CIVIL ACTION**

V.

AUSTRALIAN BROADCASTING CORP.;
aka ABC AUSTRALIA; et al

CASE NUMBER: 08-CIV-

## 08 CV 2356

TO: (Name and address of Defendant)

AUSTRALIAN BROADCASTING CORPORATION
747 Third Avenue, Suite 8C
New York, New York 10017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| John Edwards Tiffany, | Vijayant Pawar (VP-7642) |
| Law Offices of John E. Tiffany P.C. | Lead Counsel for Counter Terrorist Group US |
| The Robert Treat Center | Law Offices of VIJAYANT PAWAR |
| 50 Park Place, 10th Floor, | 35 Airport Road, Suite 330 |
| Newark, New Jersey 07102 | Morristown, New Jersey 07960 |
| Tel: (973) 242-3700 | Phone: (973) 267-4800 |
| Fax: (973) 242-3799 | Fax:   (973) 215-2882 |

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  3/6/2008

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 3/18/08 |
| NAME OF SERVER *(PRINT)* Bradley Kasten | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:  747 Third Avenue suite 8C
  New York, NY 10017

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
  discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

Summons and Complaint were served with Requests for
Admissions, Production, and Interrogatories attached thereto.

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/19/08
             Date

Signature of Server

43 Bronx River Rd
Address of Server
Yonkers NY 10704

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.