⚖AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | NEW YORK |

Counter Terrorist Group US,
Counterr Group, and J. K. Idema,.

**SUMMONS IN A CIVIL ACTION**

V.

AUSTRALIAN BROADCASTING CORP.;
aka ABC AUSTRALIA; et al

CASE NUMBER: 08-CIV-

# 08 CV 2356

TO: (Name and address of Defendant)

AUSTRALIAN BROADCASTING CORPORATION
747 Third Avenue, Suite 8C
New York, New York 10017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Edwards Tiffany,
Law Offices of John E. Tiffany P.C.
The Robert Treat Center
50 Park Place, 10th Floor,
Newark, New Jersey 07102
Tel: (973) 242-3700
Fax: (973) 242-3799

Vijayant Pawar (VP-7642)
Lead Counsel for Counter Terrorist Group US
Law Offices of VIJAYANT PAWAR
35 Airport Road, Suite 330
Morristown, New Jersey 07960
Phone: (973) 267-4800
Fax: (973) 215-2882

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  3/6/2008

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>March 28, 2008 |
| NAME OF SERVER *(PRINT)*<br>Maurice Liggins | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   1090 Vermont Ave.
   Washington, DC 20005

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

Summons and Complaint were served with Individual Judges Rules and Requests for Admissions, Production of Documents, and Interrogatories attached thereto.

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 7, 2008
            Date

*Signature of Server*

221 W. Joppa Rd.
Baltimore, MD 21204
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **COUNTER TERRORIST GROUP US, et al.** | * | |
| Plaintiff | * | |
| vs. | * | Case Number: 08 CV 2356 |
| **Australian Broadcasting Corporation** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF SERVICE

The undersigned hereby certifies as follows:

1. That I am a competent private person over eighteen (18) years of age and not a party to the above action.

2. That on **3/28/2008** at **12:30 PM,** I served upon **Tracy J. Butler on behalf of Corporation Service Co., R. A. for Australian Broadcasting Corporation**(Description: Sex: **F**, Race: **Black**, Height: **5'7",** Weight: **165,** Approximate Age:**33**). a copy of the following:

    Complaint, Plaintiff J. K. Idema's First Request for Admissions, Plaintiff J. K. Idema's First Request for Production and Other Things, Plalintiff J. K. Idema's First Request for Interrogatories, Individual Practices of Judge Deborah A. Batts

3. That service was effected at 1090 Vermont Avenue, in Washington, DC 20005

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

_(signature: Maurice Liggins)_

**Maurice Liggins**
Monumental Process Servers, Inc.
221 West Joppa Road
Towson, MD 21204
(410) 321-6642

**Process Server Cost: $55.00**
MPS File Number: 08-03-28-019