UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

COUNTER TERRORIST GROUP US,
COUNTERR GROUP, and J. K. IDEMA,

                Plaintiffs,

- against -

AUSTRALIAN BROADCASTING CORP.;
a/k/a ABC AUSTRALIA; ABC
CORPORATIONS 1-100; LIZ JACKSON;
ERIC CAMPBELL; JOSEPH A CAFASSO;
EDWARD A. ARTIS; KNIGHTSBRIDGE
INTERNATIONAL, INC.; KNIGHTSBRIDGE
INTERNATIONAL HUMANITARIAN
RELIEF AND HUMAN IMPROVEMENT
PROGRAMS, INC.; ROBERT C. MORRIS;
PARTNERS INTERNATIONAL
FOUNDATION; WILLIAM JOHN HAGLER,
Both Individually and Severally, and DOES 1
through 7, inclusive,

                Defendants.

08 Civ 2356 (DAB)

**RULE 7.1 STATEMENT FOR DEFENDANT AUSTRALIAN BROADCASTING CORPORATION**

------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1, defendant The Australian Broadcasting Corporation states that it has no parent companies and that no publicly-held corporation owns 10% or more of its stock.

Dated: New York, New York
       May 21, 2008

                                        DAVIS WRIGHT TREMAINE LLP

                                        By: _____
                                            Marcia B. Paul (MP 8427)
                                            Edward J. Davis (ED 1266)
                                            Monica Pa (MP 3307)

                                            1633 Broadway – 27th Floor
                                            New York, New York 10019
                                            Telephone: (212) 489-8230
                                            Fax: (212) 489-8340

                                            *Attorneys for Defendants*
                                            *Australian Broadcasting Corp. and Liz Jackson*