MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-22-2008

# Davis Wright Tremaine LLP

ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

EDWARD J. DAVIS
eddavis@dwt.com

1633 BROADWAY
NEW YORK, NY 10019-6708

TEL (212) 489-8230
FAX (212) 489-8340
www.dwt.com

<u>Via Federal Express</u>                May 19, 2008



RECEIVED
MAY 20 2008
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

Hon. Deborah A. Batts
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Granted
/s/ DAB
5/22/08

   Re:   Filing Copies of DVD Exhibits in *Counter Terrorist Group US, Counterr Group, and J.K. Idema v. Australian Broadcasting Corp., et al.*, 08 Civ 2356 (DAB)

Dear Judge Batts:

   This firm represents defendants Australian Broadcasting Corporation ("ABC") and Liz Jackson (collectively, "Defendants") in this matter. Defendants will be moving to dismiss the complaint filed by plaintiffs in this action on May 21, 2008. We write to obtain the Court's permission to file hard (non-electronic) copies of two exhibits to the declaration of Robert Simpson, general counsel of the ABC, to be submitted in support of defendants' motion to dismiss. These exhibits consist of one DVD containing a copy of the ABC *Media Watch* television program at issue in this case, and one DVD containing relevant portions of a videotape used in that broadcast.

                    Respectfully submitted,

                    Edward J. Davis
                    Edward J. Davis

   cc:   J. K. Idema, *Plaintiff Pro Se* (by Express Mail)
         12 Jonathan Lane
         Poughkeepsie, NY 12603

         John Edwards Tiffany, Esq. (by Federal Express)
         Law Offices of John E. Tiffany P.C.
         The Robert Treat Center
         50 Park Place, 10th Floor
         Newark, NJ 07102
         *Counsel for Plaintiff Counter Terrorist Group US*

**SO ORDERED**

Deborah A. Batts  5/22/2008
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED