AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN _____     District of _____     NEW YORK

Counter Terrorist Group US,
Counterr Group, and J. K. Idema,

V.

AUSTRALIAN BROADCASTING CORP.;
aka ABC AUSTRALIA; et al

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:     08-CIV-2356

TO: (Name and address of Defendant)

PARTNERS INTERNATIONAL FOUNDATION
aka PARTNERS INTERNATIONAL, INC aka PIF
c/o Robert C. Morris
41 CEDAR HILL ROAD
NEWTOWN, CT 06470

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Edwards Tiffany,
Law Offices of John E. Tiffany P.C.
The Robert Treat Center
50 Park Place, 10th Floor,
Newark, New Jersey 07102
Tel: (973) 242-3700
Fax: (973) 242-3799

Vijayant Pawar (VP-7642)
Counsel for Counter Terrorist Group US
Law Offices of VIJAYANT PAWAR
35 Airport Road, Suite 330
Morristown, New Jersey 07960
Phone: (973) 267-4800
Fax:    (973) 215-2882

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

3/6/2008
_____
DATE

CLERK
_____
(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/7/08 |
| NAME OF SERVER *(PRINT)* Eric M. Afflerbach | TITLE PA State Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

Summons and Complaint were served with Individual Judges Rules and Requests for Admissions, Production of Documents, and Interrogatories attached thereto.

☒ Other (specify): by handing to Mary Drummord, process specialist, at Registered Agent Corporation Service Company, 2711 Centerville Rd. Wilmington DE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____7/7/.8____
         Date

Signature of Server  Eric M. Afflerbach

P.O. Box 26534, Collegeville PA 19426
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.