AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Counter Terrorist Group US,
Counterr Group, and J. K. Idema,

V.

AUSTRALIAN BROADCASTING CORP.;
aka ABC AUSTRALIA; et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-CIV-2356

TO: (Name and address of Defendant)

KNIGHTSBRIDGE INTERNATIONAL HUMANITARIAN RELIEF AND
HUMAN IMPROVEMENT PROGRAMS, INC.    Sir James Laws, Vice President
Attn: Sir Edward Artis                [handwritten on original summons]
24343 Vanowen Street, West Hills, California 91307-2848
(818) 372-6902

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| John Edwards Tiffany, | Vijayant Pawar (VP-7642) |
| Law Offices of John E. Tiffany P.C. | Counsel for Counter Terrorist Group US |
| The Robert Treat Center | Law Offices of VIJAYANT PAWAR |
| 50 Park Place, 10th Floor, | 35 Airport Road, Suite 330 |
| Newark, New Jersey 07102 | Morristown, New Jersey 07960 |
| Tel: (973) 242-3700 | Phone: (973) 267-4800 |
| Fax: (973) 242-3799 | Fax: (973) 215-2882 |

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK                                          DATE  3/6/2008

*[signature]*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | July 7, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| BILL RUMBLEY | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:   SUSIE Q

☐ Returned unexecuted:

Summons and Complaint were served with Individual Judges Rules and Requests for Admissions, Production of Documents, and Interrogatories attached thereto.

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $80.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 7, 2008     *Bill Rumbley*
           Date                 Signature of Server

                6036 Norwalk, Dayton, Ohio 45449
                       Address of Server

By handing copies of the complaint and summons to a woman at the house of Dr. James H. Faws, Vice President of Knightsbridge at 11345 Oxford Road, Germantown, Ohio 45327 (House map and location attached.) The person was a white female, approximately 50 years old, 135 lbs, 5'3", brown hair, wearing a brown paisley blouse, who would only identify herself as "Susie Q."

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Bill, You can serve the two complaints on Dr. James Laws at his house tonight.

Dr. James G. Laws
11345 Oxford Rd
Germantown, OH 45327



| | | |
|---|---|---|
| 1. | Head **north** on **Norwell Dr** toward **Clematis Dr** | 0.2 mi |
| 2. | Turn **right** to stay on **Norwell Dr** | 394 ft |
| 3. | Continue on **Student St** | 0.5 mi |
| 4. | Turn **left** at **W Alex Bell Rd** | 0.7 mi |
| 5. | Turn **left** at **E Central Ave** | 2.2 mi |
| 6. | Continue on **N Main St** | 1.2 mi |
| 7. | Slight **right** at **W Sycamore St** | 0.4 mi |
| 8. | Continue on **Upper Miamisburg Rd** | 2.6 mi |
| 9. | Turn **left** at **Dayton Pike/OH-4** Continue to follow OH-4 | 1.5 mi |
| 10. | Turn **right** at **E Market St** | 1.5 mi |
| 11. | Turn **left** at **Astoria Rd** | 0.5 mi |
| 12. | Turn **right** to stay on **Astoria Rd** | 0.3 mi |
| 13. | Continue on **Oxford Rd** | 338 ft |
| To: | 11345 Oxford Rd Germantown, OH 45327 | |





2







**Dr. James G. Laws
11345 Oxford Rd
Germantown, OH 45327**

**Phone Number at this home address is unlisted**

3