%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Counter Terrorist Group US,
Counterr Group, and J. K. Idema,

V.

AUSTRALIAN BROADCASTING CORP.;
aka ABC AUSTRALIA; et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-CIV-2356

TO: (Name and address of Defendant)

KNIGHTSBRIDGE INTERNATIONAL HUMANITARIAN RELIEF AND
HUMAN IMPROVEMENT PROGRAMS, INC.
Attn: Sir Edward Artis
24343 Vanowen Street, West Hills, California 91307-2848
(818) 372-6902

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| John Edwards Tiffany, | Vijayant Pawar (VP-7642) |
| Law Offices of John E. Tiffany P.C. | Counsel for Counter Terrorist Group US |
| The Robert Treat Center | Law Offices of VIJAYANT PAWAR |
| 50 Park Place, 10th Floor, | 35 Airport Road, Suite 330 |
| Newark, New Jersey 07102 | Morristown, New Jersey 07960 |
| Tel: (973) 242-3700 | Phone: (973) 267-4800 |
| Fax: (973) 242-3799 | Fax: (973) 215-2882 |

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK                                                                 DATE  3/6/2008

*Catherine Lapsley* (signature)

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/07/2008 |
| NAME OF SERVER (PRINT) Mike Singh | TITLE Registered California Process Server #98-61 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Jana Castro, Deputy Secretary Of State
1500 11th Street 3rd Floor
Sacramento Ca 95814

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

Summons and Complaint were served with Individual Judges Rules and Requests for Admissions, Production of Documents, and Interrogatories attached thereto.

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date                    Signature of Server

1st NATIONWIDE LEGAL SVCS.
501 12th Street
Sacramento, CA 95814

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

**Voice: 916.449.8990**
**FAX: 916.449.8991**

Bill to:
Law Offices of John E. Tiffany P.C.
The Robert Treat Center
50 Park Place, 10th Floor
Newark NJ  07102

Work Completed For:
Attention: jet@jet4law.com
John Edwards Tiffany, Esq.
Law Offices of John E. Tiffany P.C.
The Robert Treat Center
50 Park Place, 10th Floor
Newark NJ  07102

| Monday July 07, 2008 | *INVOICE* | JOTIFF.96053 |
|---|---|---|

Client Matter #: 08CIV2356
Case #: 08CIV2356
Court: United States District Court - Southern District of New York
Title: Australian Broadcasting Corp., et al. vs. Counter Terrorist Group US, et al.
Documents: Summons In Civil Action; Plaintiff J.K. Idema's First Request for Admissions; Plaintiff J.K. Idema's First Request for Production of Documents and Other Things; Plaintiff J.K. Idema's First Request for Interrogatories; Individual Practices of Judge Deborah A. Batts; Complaint

| Date | Description | Amount |
|---|---|---|
| 07/07/08 01:36PM | Personal Service  Knightsbridge International Humanitarian Relief and Human Improvement Programs, Inc., AT Business Secretary Of State 1500 11th Street, 3rd Floor Sacramento CA  95814, by serving: Jana Castro, Deputy Secretary of State, Served By: Mike  Singh | |
| 07/07/08 | Standard Sacramento Service | 55.00 |
| 07/07/08 | Fuel Surcharge | 2.50 |
| 07/07/08 | Witness Fees Advanced | 50.00 |
| 07/07/08 | Rush | 25.00 |
| 07/10/08 | Prepayment of Service  Check Number: 3609, Thank You! | -90.00 |
| **PLEASE PAY FROM THIS INVOICE** | | **42.50** |