AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Counter Terrorist Group US,
Counterr Group, and J. K. Idema,

V.

AUSTRALIAN BROADCASTING CORP.;
aka ABC AUSTRALIA; et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-CIV-2356

TO: (Name and address of Defendant)

WILLIAM JOHN HAGLER
aka "Bill Hagler"
5440 Granger Place, Fayetteville, NC 28303
DOB 11/14/51, White Male, 6', 255', Gray/White hair
North Carolina Drivers License #4132376

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| John Edwards Tiffany, | Vijayant Pawar (VP-7642) |
| Law Offices of John E. Tiffany P.C. | Counsel for Counter Terrorist Group US |
| The Robert Treat Center | Law Offices of VIJAYANT PAWAR |
| 50 Park Place, 10th Floor, | 35 Airport Road, Suite 330 |
| Newark, New Jersey 07102 | Morristown, New Jersey 07960 |
| Tel: (973) 242-3700 | Phone: (973) 267-4800 |
| Fax: (973) 242-3799 | Fax: (973) 215-2882 |

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  3/6/2008

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 7, 2008 |
| NAME OF SERVER (PRINT) | TITLE |
| Herbert R. Lawson Jr | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Elouise Gleason

☐ Returned unexecuted:

Summons and Complaint were served with Individual Judges Rules and Requests for Admissions, Production of Documents, and Interrogatories attached thereto.

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | Served Summons $100.00 | $100.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 7, 2008    _Herbert R. Lawson Jr_
            Date                Signature of Server

524 Hidden Valley Dr
Fayetteville, NC 28311
Address of Server

After refusing to answer the door on multiple occasions, we returned late at night in a different vehicle. A woman who identified herself as Elouise Gleason, approximately 50-55 years old, 145 lbs, 5'6", with graying hair, opened the door at the home of William John Hagler at 5440 Granger Place, Fayetteville, North Carolina. I handed her the Summons, told her what it was and told her to give it to Mr. Hagler. She said that she would. I reaffirmed that it was a Summons and that it was important she give it to Mr. Hagler. Ms. Gleason said she understood and would ensure he received it.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.