UNITED STATES DISTRICT COURT
For The Southern District Of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/2008
```

| | |
|---|---|
| COUNTER TERRORIST GROUP US, COUNTERR GROUP, *and* J. K. IDEMA, *Plaintiffs*, v. AUSTRALIAN BROADCASTING CORP, Aka ABC AUSTRALIA, *et al*, *Defendants* | Case # 08 CV 2356 (DAB) STIPULATION |

**IT IS HERBY STIPULATED AND AGREED**, by and among the undersigned attorneys, that the time for plaintiffs to file their response to Australian Broadcasting Corporation's 12(b)(6) motion is extended to and including August 16, 2008;

IT IS FURTHER AGREED that, ABC's reply papers in further support of its motion shall be due on September 16, 2008

IT IS FURTHER AGREED that facsimile signatures will be deemed original signatures for purposes of this stipulation.

DATED: New York, New York July 21, 2008,

DAVIS WRIGHT TREMAINE LLP

*[signature]*

Marcia B. Paul (MP 8427)
Edward J. Davis (ED 1266)
Monica Pa (MP 3307)

*Attorneys for Defendants*
 *Australian Broadcasting Corp.*
1633 Broadway – 27th Floor
New York, New York 10019
(212) 489-8230

LAW OFFICES OF VIJAYANT PAWAR

*[signature]*

Vijayant Pawar (VP 7642)
John E. Tiffany (JT 7322)

*Attorneys for Plaintiffs*
 *Counter Terrorist Group US,*
 *Counterr Group, and Bumback*
35 Airport Road, Suite 330
Morristown, New Jersey 07960
Phone: (973) 267-4800

*[signature]*
Jack Idema
12 Jonathan Lane
Poughkeepsie, NY 12603

SO ORDERED:

*[signature]*
Hon. Deborah A. Batts   7/22/2008

STIPULATION                                                           *Counterr, et al. v. ABC, et al*