```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
COUNTER TERRORIST GROUP U.S., et al.,

                      Plaintiffs,

                                  08 Civ. 2356 (DAB)
  -against-                         ORDER

AUSTRALIAN BROADCASTING CORP., et al.,

                      Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Court is in receipt of a letters from Partners International Foundation and from William John Hagler, both dated July 23, 2008. Both Partners International Foundation and William John Hagler are defendants named in the Complaint in the above captioned action. They both request additional time to seek legal representation and to respond to the Complaint. Their request is hereby GRANTED.

    Defendants Partners International Foundation and William John Hagler shall respond to the Complaint no later than ninety (90) days from the date of this Order. They shall be granted no further extensions.

SO ORDERED.

Dated:    New York, New York
          July 25, 2008

                                                Deborah A. Batts
                                           United States District Judge