UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUSTRALIAN BROADCASTING CORP.;<br>*aka* ABC AUSTRALIA;<br>ABC CORPORATIONS 1-100;<br>LIZ JACKSON; ERIC CAMPBELL;<br>JOSEPH A. CAFASSO; EDWARD A. ARTIS;<br>KNIGHTSBRIDGE INTERNATIONAL, Inc.;<br>KNIGHTSBRIDGE INTERNATIONAL<br>HUMANITARIAN RELIEF AND HUMAN<br>IMPROVEMENT PROGRAMS, INC.;<br>ROBERT C. MORRIS;<br>PARTNERS INTERNATIONAL FOUNDATION;<br>WILLIAM JOHN HAGLER,<br>            *Defendants.* | MOTION & REQUEST<br>TO EXCEED THE<br>MEMORANDUM OF LAW<br>PAGE LIMIT BY 2 PAGES<br><br>Case #: 08-CV-2356 (DAB)<br><br>DAB Individual Practices Rule II. C. |

**NOW COME,** Plaintiffs, and request this Honorable Court allow Plaintiffs single Memorandum of Law in Opposition to Defendants' two Memorandums of Law, to exceed the 25 page limit set forth in the Individual Practices of the Honorable Deborah A. Batts, Rule II. C.  Defendants have filed two separate Motions to Dismiss with separate Memorandums of Law.  Defendants have also filed a lengthy 17 page declaration by an Australian attorney, which supports their Motions with Australian law and case law.

Plaintiffs have succinctly answered all five of these documents (totaling more than 50 pages) in one combined joint opposition for all Plaintiffs totaling 27 pages (which also includes the signature page).

**WHEREFORE,** Plaintiffs pray for an Order *nunc pro tunc* granting them permission to file a 27 page Memorandum of Law in Opposition.

Dated: New York, New York,
August 18, 2008

_____
John Edwards Tiffany, *Attorney* (JT-7322)
Law Offices of John E. Tiffany P.C.
50 Park Place, 10th Floor,
Newark, New Jersey 07102
Tel:  (973) 454-9633